**Order entered December 5, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00706-CR

### ROBERT ERWIN JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F15-56643-I**

## ORDER

The Court **REINSTATES** the appeal.

On November 22, 2016, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel Lawrence Mitchell; (3) counsel's explanation for the delay in filing appellant's brief is due to medical reasons; and (4) counsel requests an additional thirty days to file the brief.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

/s/    LANA MYERS
        JUSTICE